**Electronically Filed
Supreme Court
SCWC-19-0000697
28-SEP-2022
11:40 AM
Dkt. 9 OGAC**

SCWC-19-0000697

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

PAOLA IBARRA,
Petitioner/Defendant-Appellant,

and

GUSTAVO FERREIRA,
Respondent/Co-Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000697; 1CPC-17-0001646)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Paola Ibarra's

application for writ of certiorari filed on August 16, 2022, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawai‘i, September 28, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

